# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1804
Lower Tribunal No. 2025-DR-034531

_____

MICHAEL PANARELLO,

Appellant,

v.

CHRISTINA PANARELLO,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Carolyn Swift, Judge.

March 10, 2026

PER CURIAM.

AFFIRMED.

SMITH, BROWNLEE and PRATT, JJ., concur.


Chris Santospirito, of Holz Family Law, Fort Myers, for Appellant.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED